FILED:  January 7, 2016

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 16-1
(1:06-cr-00001-JPJ-1)
(1:13-cv-80553-JPJ)

_____

UNITED STATES OF AMERICA

　　　　　Plaintiff - Appellee

v.

CARLOS DAVID CARO

　　　　　Defendant - Appellant

_____

O R D E R

_____

The court appoints the Federal Defender of Arizona as lead counsel and the

Federal Defender for the Western District of Virginia as co-counsel to represent

Carlos David Caro pursuant to the provisions of 18 U.S.C. § 3599(c) and the

Criminal Justice Act.

　　　　　　　　　For the Court--By Direction

　　　　　　　　　/s/ Patricia S. Connor, Clerk