UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
# APPEARANCE OF COUNSEL FORM

**BAR ADMISSION & ECF REGISTRATION:** If you have not been admitted to practice before the Fourth Circuit, you must complete and return an Application for Admission before filing this form. If you were admitted to practice under a different name than you are now using, you must include your former name when completing this form so that we can locate you on the attorney roll. Electronic filing by counsel is required in all Fourth Circuit cases. If you have not registered as a Fourth Circuit ECF Filer, please complete the required steps at Register for eFiling.

**THE CLERK WILL ENTER MY APPEARANCE IN APPEAL NO.** __16-1__ as

☐Retained ☐Court-appointed(CJA) ☐Court-assigned(non-CJA) ☐Federal Defender ☐Pro Bono ☑Government

COUNSEL FOR: __United States of America__

_____as the
(party name)

☐appellant(s) ☑appellee(s) ☐petitioner(s) ☐respondent(s) ☐amicus curiae ☐intervenor(s)

/s/ Jean B. Hudson
(signature)

Jean B. Hudson                     434-293-4283
Name (printed or typed)            Voice Phone

U.S. Attorney's Office, WDVA       434-293-4910
Firm Name (if applicable)          Fax Number

255 West Main Street, Room 130

Charlottesville, Virginia 22902     jean.hudson@usdoj.gov
Address                             E-mail address (print or type)

## CERTIFICATE OF SERVICE

I certify that on __January 14, 2016__ the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

| via ECF/CM; Brian J. Beck, Assistant Federal Public Defender's Office, Counsel for the Appellant | |
|---|---|

/s/ Jean B. Hudson                  January 14, 2016
Signature                           Date

05/07/2014
SCC