UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## APPEARANCE OF COUNSEL FORM

**BAR ADMISSION & ECF REGISTRATION:** If you have not been admitted to practice before the Fourth Circuit, you must complete and return an Application for Admission before filing this form. If you were admitted to practice under a different name than you are now using, you must include your former name when completing this form so that we can locate you on the attorney roll. Electronic filing by counsel is required in all Fourth Circuit cases. If you have not registered as a Fourth Circuit ECF Filer, please complete the required steps at Register for eFiling.

**THE CLERK WILL ENTER MY APPEARANCE IN APPEAL NO.** __16 - 1__ as

☐ Retained  ☐ Court-appointed(CJA)  ☐ Court-assigned(non-CJA)  ☑ Federal Defender  ☐ Pro Bono  ☐ Government

COUNSEL FOR: __Carlos Caro__

_____ as the
(party name)

☑ appellant(s)  ☐ appellee(s)  ☐ petitioner(s)  ☐ respondent(s)  ☐ amicus curiae  ☐ intervenor(s)

__/s/ Fay F. Spence__
(signature)

__Fay F. Spence__                              __540-777-0880__
Name (printed or typed)                        Voice Phone

__Federal Public Defender Office__             __540-777-0890__
Firm Name (if applicable)                      Fax Number

__210 First Street S.W. Suite 400__

__Roanoke, Virginia  24011__                   __fay_spence@fd.org__
Address                                        E-mail address (print or type)

### CERTIFICATE OF SERVICE

I certify that on __1/14/2016__ the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

__/s/ Fay F. Spence__                          __1/14/2016__
Signature                                      Date

05/07/2014
SCC