IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | |
|---|---|
| United States of America,<br><br>Plaintiff-Appellee,<br><br>v.<br><br>Carlos David Caro,<br><br>Defendant-Appellant. | No. 16-1<br><br>**Unopposed Motion for an Extension of Time and for Coordinated Briefing Schedule**<br><br><u>Death-Penalty Case</u> |

COMES NOW Carlos David Caro, through undersigned counsel, and respectfully asks this Court to extend the current briefing schedule in the instant appeal (*see* ECF No. 4) and to coordinate the briefing schedule between the instant appeal and the related non-capital appeal, *United States v. Caro*, No. 16-6027.[1] Counsel contacted Jean Hudson, attorney for the United States, and she does not oppose this motion. For the reasons explained below, Mr. Caro requests that this Court grant him an extension until August 19, 2016, in which to file his Opening Brief in this case.

Mr. Caro's request to extend the briefing schedule is not being made for purposes of delay, but is being made in good faith for several reasons. Undersigned counsel, Robin Konrad, is a full-time employee in the Capital Habeas Unit and currently represents eight other death-sentenced prisoners in addition to

---

[1] Mr. Caro will file a similar motion in the non-capital case.

Mr. Caro; for six of those clients, she serves as their lead counsel. Ms. Konrad has only been assigned as Mr. Caro's lead counsel since January 2015—*after* the case was fully briefed and argued in the district court—due to the death of prior lead counsel. Of note, the only issue currently certified in this appeal was handled below by prior lead counsel. For this reason, undersigned counsel anticipates needing more time than would typically be needed to prepare the appeal.[2]

In addition to the instant appeal, Ms. Konrad's existing caseload will prevent her from being able to turn immediate attention to Mr. Caro's appeal. Most pressing, Ms. Konrad is lead counsel in a case with a capital habeas petition due on February 26, 2016; this deadline cannot be extended due to the statute of limitations and involves a case with a 45-day long trial, an extensive record, and over forty issues to brief. In addition to this immediate statutory deadline, Ms. Konrad has a substantive reply brief due in the U.S. District Court for the District of Arizona on February 26, 2016, which will necessarily require her to seek an extension of time; a petition for writ of certiorari due in the U.S. Supreme Court on February 29, 2016; an opening brief due in the Ninth Circuit on April 12, 2016; and a motion for certificate of appealability due in the Tenth Circuit in May (date not yet assigned). Finally, Ms. Konrad serves as counsel for a 42 U.S.C. §1983 challenge to Arizona's method of execution, in which an amended complaint is due

---

[2] Also making the case more atypical than normal, the paralegal who handled the case below retired from the office in April 2015, and was replaced in August 2015.

January 26, and discovery will begin shortly thereafter, resulting in regular case activity.[3]

Ms. Konrad's co-counsel, Fay Spence (First Assistant) and Brian Beck, are also engaged in other cases at this time. Ms. Spence currently has twenty-five cases in which motions need to be filed in light of *Johnson v. United States*, 135 S. Ct. 2551 (2015), before June 26, 2016. She also has more than twenty other active cases in various stages of pre-trial or pre-sentencing litigation, including two major fraud cases—one of which went to jury trial for a week in November and is being sentenced in February, and the other of which is scheduled for week-long jury trial in May.

Mr. Beck is currently carrying a full trial caseload of forty cases, at least three of which he anticipates going to trial within the next two months. Like Ms. Spence, Mr. Beck has also been working on litigation related to *Johnson*, as well as numerous sentencing hearings. He currently has four Fourth Circuit appeals scheduled in the coming months. Under these circumstances, Mr. Caro's requested six-month extension of time is reasonable.

---

[3] Ms. Konrad is also counsel for her office, who is amicus curiae in a recent case, *McKinney v. Ryan*, No. 09-99018, 2015 WL 9466506 (9th Cir. Dec. 29, 2015) (en banc), decided in favor of the prisoner petitioner on December 29, 2015; the State has indicated it is seeking certiorari, and this may require Ms. Konrad's attention as well. Ms. Konrad has also requested supplemental briefing in a pending appeal in the Ninth Circuit in light of *McKinney*; while the Court has not yet ruled upon her request, she has asked for a due date in ninety days.

Mr. Caro also seeks to coordinate briefing between the instant appeal and his non-capital appeal, Case No. 16-6027. The two cases should be briefed simultaneously because the non-capital case challenges a conviction that was used as the basis of aggravating evidence against Mr. Caro during his capital trial. Moreover, Mr. Caro raised an allegation of ineffective assistance of counsel related to capital counsel's failure to challenge the non-capital conviction. Briefing the two cases at the same time will allow Mr. Caro's counsel the opportunity to fully explain and present to the Court the underlying theories of each case, and will preserve judicial resources by allowing the Court to consider the two cases simultaneously.

For the reasons stated in this motion, Mr. Caro respectfully requests that this Court issue a revised briefing schedule that makes his Opening Brief due on August 19, 2016, and that coordinates the schedule between this appeal and Case No. 16-6027.

\\

\\

\\

\\

\\

\\

Respectfully submitted this 20th day of January, 2016.

s/Robin C. Konrad
Jon M. Sands
Federal Public Defender
Robin C. Konrad (Ala. Bar No. 2194-N76K)
Assistant Federal Public Defender
850 West Adams Street, Suite 201
Phoenix, Arizona 85007
robin_konrad@fd.org
602.382.2816 / 602.889.3960 facsimile

Fay F. Spence (Virginia Bar No. 27906)
Federal Public Defender's Office
210 First Street, SW, Suite 400
Roanoke, Virginia 24011
fay_spence@fd.org
540.777.0880 / 540.777.0890 facsimile

Brian J. Beck (Virginia Bar No. 78049)
Federal Public Defender's Office
201 Abingdon Place
Abingdon, Virginia 24211
brian_beck@fd.org
276.619.6080 / 276.619.6090 facsimile

Attorneys for Defendant-Appellant Carlos David Caro

**Certificate of Service**

I hereby certify that on January 20, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Jean Barrett Hudson, Assistant United States Attorney and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: N/A

s/ Elise Knepper
Assistant Paralegal
Capital Habeas Unit