FILED:  January 28, 2016

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 16-1
(1:06-cr-00001-JPJ-1)
(1:13-cv-80553-JPJ)

_____

UNITED STATES OF AMERICA

          Plaintiff - Appellee

v.

CARLOS DAVID CARO

          Defendant - Appellant

_____

O R D E R

_____

          Upon consideration of submissions relative to the motion for extension, the

court grants the motion. The court extends the briefing schedule as follows:

Appendix due: August 19, 2016

Opening brief due: August 19, 2016

Response brief due: September 22, 2016

Any reply brief: 14 days from service of response brief.

                              For the Court

                              /s/ Patricia S. Connor, Clerk