## IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF VIRGINIA
### ABINGDON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | Case No. 1:06CR00001 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **CARLOS DAVID CARO,** | ) | By: James P. Jones |
| | ) | United States District Judge |
| | ) | |
| Defendant. | ) | |

The Court has received a letter from the defendant dated March 18, 2016, docketed March 24, 2016, (ECF No. 825) in this capital habeas case, in which he states that he has directed his attorneys to cease their present appeal efforts on his behalf. There is no indication in the letter or on the docket of the Court of Appeals (Docket No. 16-1) that the Court of Appeals has been so advised. Accordingly, the Clerk of this Court is directed to transmit to the Clerk of the Court of Appeals the aforementioned letter, along with a copy of this Order, so that the court of appeals may be so advised and take such action as it deems appropriate. The Clerk shall also send a copy of this Order to the defendant at his place of confinement.

It is so **ORDERED**.

ENTER: March 28, 2016

/s/ James P. Jones
United States District Judge