# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

March 28, 2016

_____

RESPONSE REQUESTED
_____

No.  16-1,        US v. Carlos Caro
                  1:06-cr-00001-JPJ-1, 1:13-cv-80553-JPJ

TO:    Brian Jackson Beck
       Fay Frances Spence
       Robin Corinne Konrad

RESPONSE DUE: 04/11/2016

Response is required to appellant's pro se letter requesting appeal process cease.
The response is due on or before 04/11/2016.

RJ Warren, Deputy Clerk
804-916-2702