To: The Honorable James P. Jones
    Judge of the W.District of Virginia;                 Date: Mar. 18th, 2016
    Abingdon Division

From: Carlos D. Caro #37786-079
    Federal Death-Row

In-Re: Cessation of Appeal Process

1:06CR1

        Dear Judge Jones,

    I write this letter to inform you that it is my intent to cease the appeal process in-relation to me and my "Federal Sentence of Death"; I have already informed my Attorneys of my intent as well.

    I ask you to please help me to expedite this process as soon as you can so that there is no further delays with the implementation of my execution. I thank you for your time to this matter.

                                        Carlos D. Caro #37786-079
                                        USP-Terre Haute
                                        P.O. Box 33
                                        Terre Haute, IN. 47808

        cc:file

CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

MAR 2 4 2016

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK



CARLOS D. CARO #37786-079
USP-TERRE HAUTE
P.O. BOX 33
TERRE HAUTE, IN. 47808

INDIANAPOLIS
IN 460

SPECIAL MAIL
LEGAL MAIL

INMATE
IDENTIFICATION
CONFIRMED

THE HONORABLE JAMES P. JONES
JUDGE OF THE W.DISTRICT OF VIRGINIA:
ABINGDON DIVISION
FEDERAL BUILDING
180 W. MAIN ST., RM. 104
ABINGDON, VA. 24210