FILED:  April 25, 2016

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 16-1
(1:06-cr-00001-JPJ-1)
(1:13-cv-80553-JPJ)

_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

CARLOS DAVID CARO

Defendant - Appellant

_____

O R D E R
_____

Appointed counsel is directed to file a status report on or before August 9,
2016, addressing whether a competency hearing will be necessary should appellant
truly wish to waive his current appeal. The status report must be made in writing to
the Office of the Clerk.

For the Court

/s/ Patricia S. Connor, Clerk