**IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**

| | |
|---|---|
| United States of America,<br><br>Plaintiff-Appellee,<br><br>v.<br><br>Carlos David Caro,<br><br>Defendant-Appellant. | No. 16-1<br><br>**Status Report**<br><br><u>Death-Penalty Case</u> |

Appellant Carlos D. Caro, through counsel, hereby files this Status Report in regards to a letter signed by Appellant and sent to the District Court in which Appellant expressed his desire to end the appeals process with respect to his conviction for first degree murder and imposition of the death penalty. *See United States v. Caro*, Fourth Cir. No. 16-1, ECF No. 12. The letter initially was received on March 24, 2016, by the District Court, which ordered it transmitted to this Court. *See United States v. Caro*, Dist. Ct. No. 1:06-CR-00001-JPJ, ECF Nos. 825, 826. This Court granted Appellant's request to file a status report on or before August 9, 2016, concerning the sincerity of Appellant's desire to end his appeals or the need for a competency evaluation. *See Caro*, Fourth Cir. ECF No. 17.

In a phone call of Tuesday, May 10, 2016, set up through Appellant's counselor at USP-Terre Haute, Indiana, Appellant expressed to his defense team a

desire to rescind his letter to the District Court and to continue with the appeal of his conviction and death sentence. Appellant was visited on May 2, 2016, by his daughter and ex-wife. He had not seen them since he was sentenced to death in 2007. Over this past weekend, he spoke by phone with his ex-wife again and asked her to have his defense team set up the call to him at USP-Terre Haute. On the call, he expressed his desire to proceed with the appeal.

At present, undersigned counsel plan to file Appellant's Opening Briefs in the capital and non-capital appeals on or before August 19, 2016, as set forth in the Court's order of January 28, 2016. Fourth Cir. ECF No. 11.[1]

Respectfully submitted this 16th day of May, 2016.


s/Timothy M. Gabrielsen
Jon M. Sands
Federal Public Defender
Timothy M. Gabrielsen (Nevada Bar No. 8076)
Assistant Federal Public Defender
407 W. Congress, Ste. 501
Tucson, Arizona 85701
tim_gabrielsen@fd.org
Tel. (520) 879-7614 / Facsimile (520) 622-6844

---

[1] Given the recent departure of lead counsel, Assistant Federal Public Defender Robin Konrad, from the Capital Habeas Unit of Federal Public Defender's Office for the District of Arizona, and the substitution of Assistant Federal Public Defender Timothy M. Gabrielsen of that office as lead counsel, *see* Fourth Cir. ECF Nos. 18, 19, Appellant may be required to request an additional extension of time to file the Appellant's Opening Briefs. Counsel proceed in good faith toward the filing deadline and recognize it would be premature to request an extension at this time.

Fay F. Spence (Virginia Bar No. 27906)
First Assistant Federal Public Defender
Federal Public Defender's Office
210 First Street, SW, Suite 400
Roanoke, Virginia 24011
fay_spence@fd.org
Tel. (540) 777-0880 / Facsimile (540) 777-0890

Brian J. Beck (Virginia Bar No. 78049)
Assistant Federal Public Defender
Federal Public Defender's Office
201 Abingdon Place
Abingdon, Virginia 24211
brian_beck@fd.org
Tel. (276) 619-6080 / Facsimile (276) 619-6090

Attorneys for Defendant-Appellant Carlos David Caro

**Certificate of Service**

I hereby certify that on May 16, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Jean Barrett Hudson, Assistant United States Attorney and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: N/A

s/ Teresa Ardrey
Assistant Paralegal
Capital Habeas Unit