No. 16-1

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

UNITED STATES OF AMERICA, Plaintiff-Appellee,

vs.

CARLOS DAVID CARO, Defendant-Appellant.

Appeal from the United States District Court for the Western District of Virginia
Hon. James P. Jones, District Judge, Presiding
Dist. Ct. No. 1:06CR00001

## UNOPPPOSED MOTION FOR EXTENSION OF TIME
## TO FILE OPENING BRIEF OF APPELLANT CARLOS DAVID CARO

JON M. SANDS
Federal Public Defender
District of Arizona
TIMOTHY M. GABRIELSEN
Nevada Bar No. 8076
Assistant Federal Public Defender
407 West Congress Street, Suite 501
Tucson, Arizona 85701
tim_gabrielsen@fd.org
Tel. (520) 879-7614
Facsimile (520) 622-6844

FAY F. SPENCE
Virginia Bar No. 27906
First Assistant Federal Public Defender
210 First Street, SW, Suite 400
Roanoke, Virginia 24011
fay_spence@fd.org
Tel. (540) 777-0880
Facsimile (540) 777-0890

BRIAN J. BECK
Virginia Bar No. 78049
Assistant Federal Public Defender
201 Abingdon Place
Abingdon, Virginia 24211
brian_beck@fd.org
Tel. (276) 619-6080
Facsimile (276) 619-6090

*Counsel for Defendant-Appellant Carlos David Caro*

Defendant-Appellant Carlos David Caro, ("Appellant"), through counsel, respectfully moves pursuant to Fourth Circuit Local Rule 31(c) for an extension of time of 32 days, to and including December 19, 2016, in which to file the Opening Brief in his capital appeal. The present motion constitutes the third request for extension of time to file the opening brief. The first request was necessitated by the sudden passing of Appellant's first lead counsel. *See* Ninth Cir. No. 16-1, Doc. 9. The second request was premised on the departure from the Arizona Federal Public Defender's Office of Appellant's succeeding lead counsel. *See* Ninth Cir. No. 16-1, Doc. 9. Undersigned counsel anticipate filing the Informal Opening Brief in the non-capital appeal on the present due date of November 17, 2016. *United States v. Caro*, Fourth Cir. No. 16-6027. Assistant United States Attorney Jean Hudson, counsel for Plaintiff-Appellee United States Government, was contacted on November 1, 2016, and she communicated to undersigned counsel that she consents to the granting of this motion.

If this motion is granted, Appellant's Opening Brief, which is currently due on or before November 17, 2016, will be due on December 19, 2016. This motion is being filed 15 days prior to the due date for Appellant's Opening Brief. It is being filed for the purpose of providing adequate representation of Appellant, who is under a sentence of death, and not for purpose of delay.

In support, Appellant states that his lead counsel, Assistant Federal Public Defender Gabrielsen, entered an appearance on May 2, 2016, in both Mr. Caro's

1

capital and non-capital § 2255 appeals. Fourth Cir. No. 16-1, Doc. 19; Fourth Cir. No. 16-6027, Doc. 21. The entry of the appearance was necessitated by the withdrawal of prior lead counsel who left the employ of the Arizona Federal Public Defender's Office. *See* Fourth Cir. No. 16-1, Doc. 18; No. 16-6027, Doc. 20. Mr. Gabrielsen had no prior familiarity with Mr. Caro's appeals.

As the Court is aware, Mr. Gabrielsen's first action was to determine the sincerity of Appellant's request to waive the appeal in his capital case and, as ordered by this Court, to report Mr. Caro's intention to the Court. Appellant's counsel reported in the Status Report filed on May 16, 2016, that Appellant expressed to his defense team by phone his desire to continue with his appeals. Fourth Cir. No. 16-1, Doc. 20. It was only then that Mr. Gabrielsen could begin work in earnest on Appellant's two appeals that pend before this Court. Mr. Gabrielsen travelled to USP-Terre Haute for a first in-person visit with Mr. Caro on June 3, 2016, and the defense team has had additional client visits.

Mr. Gabrielsen serves as counsel in eight capital habeas corpus matters pending in the Supreme Court of the United States, the Ninth Circuit or the District of Arizona. He has filed a variety of pleadings in several of those cases since entering an appearance on behalf of Appellant. As indicated above, Mr. Gabrielsen, with the assistance of co-counsel Fay Spence and Brian Beck, a First Assistant Federal Public Defender and an Assistant Federal Public Defender, respectively, in the Western District of Virginia, plan to file Appellant's Informal

Opening Brief in the non-capital appeal on November 17, 2016.

Mr. Gabrielsen's work on Appellant's opening brief in the present matter proceeds but Mr. Gabrielsen also dwells under deadlines in multiple capital cases in the federal courts, including to file a petition for writ of certiorari on or before December 1, 2016, in *Gulbrandson v. Ryan*, U.S. S. Ct. No. 16A312, a state court collateral challenge to a death sentence where the FPD's representation was authorized by the federal district court and which is on a final extension of time from the Supreme Court.  Mr. Gabrielsen has also received an order to file an appellant's opening brief in *Martinez v. Ryan*, Ninth Cir. No. 08-99009, which is due on December 8, 2016.  In *Martinez*, the district court granted a certificate of appealability ("COA") on four claims, which were fully briefed, and the Ninth Circuit on October 7, 2016, ordered the COA expanded to include five additional claims.  Ninth Cir. No. 08-99009, Doc. 109.  Mr. Gabrielsen is also litigating a motion to recall the mandate in the Ninth Circuit in *Gulbrandson v. Ryan*, Ninth Cir. No. 09-99012, the briefing having been completed on September 27, 2016. On November 2, 2016, the Ninth Circuit ordered Mr. Gabrielsen to file a supplemental brief by November 23, 2016, in a fully-briefed capital § 2254 appeal, *Spreitz v. Ryan*, 09-99006, Doc. 87, to discuss the impact of a recent *en banc* Ninth Circuit decision.  While Mr. Gabrielsen may need to tend to the above matters in due course, he considers the briefs in Appellant's cases to be priorities.

In the previous request for extension of time, Mr. Gabrielsen informed the

3

Court of travel to St. Louis, Missouri, the week of June 20, 2016, for medical evaluations of counsel's minor child. The child underwent a further evaluation in Tucson, Arizona, on August 17, 2016, and underwent a surgical procedure on September 30, 2016, in Tucson. Mr. Gabrielsen has taken some family sick leave to care for that child after surgery and related complications.

Ms. Spence and Mr. Beck have had their work on Appellant's appeals impeded as well by other criminal matters in this Court and the United States District Court for the Western District of Virginia, including ongoing litigation pursuant to *Johnson v. United States*, 135 S. Ct. 2551 (2015). With many of the *Johnson* matters briefed, Ms. Spence and Mr. Beck are now in a position to assist in the preparation of the Opening Briefs in the capital and non-capital appeals.

WHEREFORE, Appellant respectfully requests that the Court grant this Motion for Extension of Time that requests thirty two (32) days from the present due date of November 17, 2016, up to and including December 19, 2016, for the filing of Appellant's Opening Brief in the capital § 2255 appeal.

Respectfully submitted this 2nd day of November, 2016.

s/Timothy M. Gabrielsen
Timothy M. Gabrielsen
Fay F. Spence
Brian J. Beck
Assistant Federal Public Defenders

Attorneys for Defendant-Appellant

4

## CERTIFICATE OF SERVICE

I hereby certify that on November 2, 2016, I electronically filed the attached document with the clerk of Court using the CM/ECF System which will send notice of such filing to the following registered CM/ECF users:

Jean B. Hudson
Assistant United States Attorney
United States Attorney's Office
255 West Main Street, Room 130
Charlottesville, VA 22902


s/Teresa Ardrey
Legal Assistant