UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
**CERTIFICATE OF CONFIDENTIALITY, LOCAL RULE 25(c)**

No. _____16-1_____    Caption: United States of America v. Carlos David Caro

Defendant-Appellant, Carlos David Caro
(appellant, appellee, petitioner, respondent, other)

certifies the following information regarding sealing of the document(s) described below:

1. Identify document(s) filed (e.g., sealed appendix volume, sealed version of brief):

sealed appendix volume

2. Is sealing of document(s) necessary?

☐ No
☑ Yes, to protect material sealed under the Privacy Policy for Electronic Case Files, or
   by statute, rule, regulation, or order

3. Date(s) of order(s) sealing the material or, if there is no order, the authority relied upon to treat the material as sealed:

Dkt. 334, Nov. 3, 2006, Agreed Order Regarding MRI & EEG

4. Terms of order sealing the material, including who is permitted access to sealed material (if filed ex parte, document must be marked SEALED and EX PARTE):

See attached sheet.

5. (For SEALED APPENDIX)  Sealed record material has been separated from any unsealed record material and placed in a separate, sealed volume of the appendix.

☑ Yes

6. (For SEALED BRIEFS, SEALED DOCUMENTS)  Two versions of document are filed: Sealed version with sealed material highlighted and public version with sealed material redacted.

☐ Yes

_____12/19/16_____                           s/Timothy M. Gabrielsen
(date)                                              (signature)

02/05/2014  SCC

United States Court of Appeals for the Fourth circuit
**CERTIFICATE OF CONFIDENTIALITY, LOCAL RULE 25(C)**

Page 2

4. Terms of order sealing the material, including who is permitted access to sealed material (if filed ex parte, document must be marked SEALED and EX PARTE):

The government's experts shall file the results and reports of the review and interpretation of the EEG and MRI under seal with the Court in accordance with F.R.Cr.P. 12.2 and may not disclose the results to any attorney for the Government or the Defendant unless the Defendant is found guilty of one or more capital crimes and the Defendant confirms an intent to offer expert evidence on mental condition during sentencing proceedings.