# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

December 21, 2016

_____

RESPONSE REQUESTED
_____

No.  16-1,         US v. Carlos Caro
                   1:06-cr-00001-JPJ-1, 1:13-cv-80553-JPJ

TO:    Jean Barrett Hudson

RESPONSE DUE: 01/03/2017

Response is required to the motion to expand the certificate of appealability granted by the district court on or before 01/03/2017.

RJ Warren, Deputy Clerk
804-916-2702