**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501, Richmond, Virginia 23219

December 21, 2016

_____

DOCKET CORRECTION NOTICE
_____

No.  16-1,        US v. Carlos Caro
                  1:06-cr-00001-JPJ-1, 1:13-cv-80553-JPJ

          Timothy Michael Gabrielsen
TO:     Brian Jackson Beck
          Fay Frances Spence

APPENDIX CORRECTION DUE:  December 27, 2016

Please make the correction identified below and file a corrected document by the due date indicated. Use t **APPENDIX** entry. Arrangements may be made with the clerk for return of paper copies for correction or sending of covers for placement in volumes.

[X] The joint appendix must be filed separately from the opening brief and not included as an attachment to the brief. Please refile the electronic joint appendix using the entry: Appendix filed (electronic and paper form).

[X] Covers: Each volume of the joint appendix must have a cover listing the caption and volume number. Each bound volume should not exceed 1 ½" in thickness.

RJ Warren, Deputy Clerk
804-916-2702