FILED:  December 28, 2016

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 16-1
(1:06-cr-00001-JPJ-1)
(1:13-cv-80553-JPJ)

_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

CARLOS DAVID CARO

Defendant - Appellant

_____

O R D E R

_____

Upon consideration of the certificate of confidentiality, the court places appendix volume five under seal.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk