IN THE
UNITED STATES COURT OF APPEALS
FOR THE
FOURTH CIRCUIT

UNITED STATES OF AMERICA,  :
                     Appellee  :
                            :
                            :  Appeal No.  16-1
                            :
CARLOS CARO,  :
                     Appellant

**UNITED STATES' MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO MOTION TO EXPAND CERTIFICATE OF APPEALABILITY**

COMES NOW the United States, by and through its counsel, Jean B. Hudson, Assistant United States Attorney, and moves this Honorable Court for an extension of time in which to file the Appellee's Response to Motion to Expand Certificate of Appealability.   In support of its motion, the undersigned states as follows:

The Appellee's Response in this case is currently due on January 17, 2017.   The undersigned AUSA has been working diligently in this case, but order to fully respond to Appellant's Motion, the Appellate Division for the United States Attorney's Office is seeking a brief extension of time of ten days in which to complete the Appellee's Response.

The United States has contacted Appellant's Counsel, Fay Spence, Assistant

1

Federal Public Defender, Federal Public Defender's Office, and has been informed she has no objection to the United States' Motion for Extension of Time.

For the above-stated reasons, the United States respectfully requests an extension of ten days or until January 27, 2017, in which to file the Appellee's Response.

Respectfully submitted,

Rick A. Mountcastle
Acting United States Attorney

s/ Jean B. Hudson
(VA Bar No. 25870)
Assistant United States Attorney
Jean.Hudson@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on January 13, 2017, I electronically filed the foregoing

motion of Appellee with the Clerk of the Court using the CM/ECF filing system,

which will send notice, and constitute service, of such filing to counsel of record.


      /s/ Jean B. Hudson
      Jean B. Hudson
      Assistant United States Attorney