FILED:  January 13, 2017

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 16-1
(1:06-cr-00001-JPJ-1)
(1:13-cv-80553-JPJ)

_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

CARLOS DAVID CARO

Defendant - Appellant

_____

O R D E R
_____

The court grants the motion for extension and extends the time for filing a response to the motion to expand the certificate of appealability to January 27, 2017.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk