IN THE
UNITED STATES COURT OF APPEALS
FOR THE
FOURTH CIRCUIT


UNITED STATES OF AMERICA,                 :
          Appellee                              :
                                        :
                                        :     Appeal No.   16-1
                                        :
CARLOS CARO,                              :
          Appellant

**UNITED STATES' MOTION FOR EXTENSION OF TIME
TO FILE RESPONSE TO MOTION TO EXPAND CERTIFICATE OF
APPEALABILITY**

COMES NOW the United States, by and through its counsel, Jean B. Hudson,

Assistant United States Attorney, and moves this Honorable Court for an extension

of time in which to file the Appellee's Response to Motion to Expand Certificate of

Appealability.   In support of its motion, the undersigned states as follows:

The Appellee's Response in this case is currently due on January 27,

2017.   The undersigned AUSA has been working diligently in this case, but order to

fully respond to Appellant's Motion, the Appellate Division for the United States

Attorney's Office is seeking a last brief extension of time of one week in which to

complete the Appellee's Response.

The United States has contacted Appellant's Counsel, Fay Spence, Assistant

1

Federal Public Defender, Federal Public Defender's Office, and has been informed

she has no objection to the United States' Motion for Extension of Time.

For the above-stated reasons, the United States respectfully requests an

extension of one week or until February 3, 2017, in which to file the Appellee's

Response.

Respectfully submitted,

Rick A. Mountcastle
Acting United States Attorney

s/ Jean B. Hudson
(VA Bar No. 25870)
Assistant United States Attorney
Jean.Hudson@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 27, 2017, I electronically filed the foregoing motion of Appellee with the Clerk of the Court using the CM/ECF filing system, which will send notice, and constitute service, of such filing to counsel of record.

 /s/ Jean B. Hudson
Jean B. Hudson
Assistant United States Attorney