IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

UNITED STATES OF AMERICA,    )
            Appellee,    )
v.    )    Case No. 16-1
               )
CARLOS CARO,    )
            Appellant.    )

## <u>MOTION REQUESTING PERMISSION TO FILE OUT OF TIME</u>

Comes now the United States of America and moves this Court for leave to file out of time its Response to Mr. Caro's Request For Certificate of Appealability for the following reasons;

The Appellee's Response was due to be filed with this Court on Friday, February 3, 2017. The undersigned had worked diligently on the response to Mr. Caro's Request for Certificate of Appealability, and had every intention of filing her response by the Friday deadline, but became very ill with a stomach virus on Tuesday evening, January 31, 2017, and was thus unable to work for a significant portion of the workweek that the Court had granted in the last extension in this case. The undersigned worked on Friday and attempted to complete the response by Friday, February 3, 2017, but was unable to do so. The undersigned completed the response late on Saturday, February 4, 2017, but due to computer difficulties, the

undersigned was unable to successfully complete the filing process through the Fourth Circuit website and abandoned efforts at midnight. The undersigned sent a PDF version of her response to counsel before leaving the office on Saturday. For all the above reasons, the undersigned Assistant United States Attorney requests permission from this Court to file the Appellee's Response in this case one business day out of time, or today, February 6, 2017.

The undersigned has contacted Appellant's counsel and been informed by counsel that they have no objection to the Appellee's motion to file response out of time, and that they received the emailed document on February 4, 2017.

Wherefore, the United States of America moves for leave to file the Appellee's Response out of time.

Respectfully submitted,

RICK A. MOUNTCASTLE
Acting United States Attorney


s/ Jean B. Hudson
Jean B. Hudson (VA Bar No. 25870)
Assistant United States Attorney
Jean.Hudson@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2017, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF System, which will send notice of such, and constitute service, of such filing to all Counsel for Appellant.

s/ Jean B. Hudson
Jean B. Hudson
Assistant United States Attorney