**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501, Richmond, Virginia 23219

February 6, 2017

_____

DOCKET CORRECTION NOTICE
_____

No.  16-1,          US v. Carlos Caro
                    1:06-cr-00001-JPJ-1, 1:13-cv-80553-JPJ

TO:    Jean Barrett Hudson

CERTIFICATE DUE:  February 9, 2017

Please file the certificate identified below by the due date indicated.

[X] There was no certificate of compliance with type-volume limitations for responses to motions. Use the **certificate of compliance with type-volume limitations** entry to file the required certificate.

RJ Warren, Deputy Clerk
804-916-2702