IN THE
UNITED STATES COURT OF APPEALS
FOR THE
FOURTH CIRCUIT

UNITED STATES OF AMERICA,      :
      Appellee      :
            :
            :      Appeal No.   16-1
            :
CARLOS CARO,      :
      Appellant

## UNITED STATES' MOTION FOR EXTENSION OF TIME

COMES NOW the United States, by and through its counsel, Jean B. Hudson, Assistant United States Attorney, and moves this Honorable Court for an extension of time in which to file the Appellee's Response Brief.   In support of its motion, the undersigned states as follows:

The Appellee's Response Brief in this case is currently due on April 24, 2017. Due to the undersigned's currently assigned appellate matters, the United States needs additional time to fully prepare Appellee's Response Brief.

The United States has contacted Appellant's Counsel, Fay Spence, Assistant Federal Public Defender, Federal Public Defender's Office, and has been informed she has no objection to the United States' Motion for Extension of Time.

1

For the above-stated reasons, the United States respectfully requests an extension of twenty-one days or until May 15, 2017, in which to file the Appellee's Response Brief.

Respectfully submitted,

Rick A. Mountcastle
Acting United States Attorney

s/ Jean B. Hudson
(VA Bar No. 25870)
Assistant United States Attorney
Jean.Hudson@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 11, 2017, I electronically filed the foregoing

motion of Appellee with the Clerk of the Court using the CM/ECF filing system,

which will send notice, and constitute service, of such filing to counsel of record.

/s/ Jean B. Hudson
Jean B. Hudson
Assistant United States Attorney