IN THE
UNITED STATES COURT OF APPEALS
FOR THE
FOURTH CIRCUIT


UNITED STATES OF AMERICA,   :
     Appellee       :
              :
              :  Appeal No. 16-1
              :
CARLOS CARO,        :
     Appellant

**UNITED STATES' MOTION FOR EXTENSION OF TIME**


COMES NOW the United States, by and through its counsel, Jean B. Hudson, Assistant United States Attorney, and moves this Honorable Court for a brief extension of time in which to file the Appellee's Response Brief.  In support of its motion, the undersigned states as follows:

The Appellee's Response Brief in this case is currently due on May 15, 2017.  The undersigned AUSA has been working diligently in this case, but order to fully respond to Appellant's Brief, the undersigned AUSA is seeking a brief extension of time of two weeks in which to complete the Appellee's Brief.

The United States has contacted Appellant's Counsel, Fay Spence, Assistant Federal Public Defender, Federal Public Defender's Office, and has been informed she has no objection to the United States' Motion for Extension of Time.

1

For the above-stated reasons, the United States respectfully requests a brief

extension of two weeks or until May 30, 2017, in which to file the Appellee's Brief.


Respectfully submitted,

Rick A. Mountcastle
Acting United States Attorney

s/ Jean B. Hudson
(VA Bar No. 25870)
Assistant United States Attorney
Jean.Hudson@usdoj.gov

2

## CERTIFICATE OF SERVICE

I hereby certify that on May 11, 2017, I electronically filed the foregoing motion of Appellee with the Clerk of the Court using the CM/ECF filing system, which will send notice, and constitute service, of such filing to counsel of record.

/s/ Jean B. Hudson
Jean B. Hudson
Assistant United States Attorney