IN THE
UNITED STATES COURT OF APPEALS
FOR THE
FOURTH CIRCUIT


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Appellee | : | |
| | : | |
| | : | Appeal No.   16-1 |
| | : | |
| CARLOS CARO, | : | |
| Appellant | | |

**UNITED STATES' MOTION FOR EXTENSION OF TIME**

COMES NOW the United States, by and through its counsel, Jean B. Hudson, Assistant United States Attorney, and moves this Honorable Court for an extension of time in which to file the Appellee's Response Brief.   In support of its motion, the undersigned states as follows:

The Appellee's Response Brief in this case is currently due on May 30, 2017.   The undersigned has been working diligently to complete the brief, but due to the undersigned's currently assigned appellate matters, the United States needs a brief additional extension of time in which to complete the Appellee's Response Brief.

The United States has contacted Appellant's Counsel, Tim Gabrielson, Assistant Federal Public Defender, Federal Public Defender's Office, and has been

1

informed that he has no objection to the United States' Motion for Extension of Time.

For the above-stated reasons, the United States respectfully requests a very brief extension of three days, or until Friday, June 02, 2017, in which to file the Appellee's Response Brief.

Respectfully submitted,

Rick A. Mountcastle
Acting United States Attorney

s/ Jean B. Hudson
(VA Bar No. 25870)
Assistant United States Attorney
Jean.Hudson@usdoj.gov

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 26, 2017, I electronically filed the foregoing

motion of Appellee with the Clerk of the Court using the CM/ECF filing system,

which will send notice, and constitute service, of such filing to counsel of record.


        /s/ Jean B. Hudson
        Jean B. Hudson
        Assistant United States Attorney