FILED:  May 30, 2017

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 16-1
(1:06-cr-00001-JPJ-1)
(1:13-cv-80553-JPJ)

_____

UNITED STATES OF AMERICA

       Plaintiff - Appellee

v.

CARLOS DAVID CARO

       Defendant - Appellant

_____

O R D E R

_____

The court grants an extension of the briefing schedule as follows:

Response brief due: 06/02/2017

Any reply brief: 14 days from service of response brief.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk