UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>　　Appellant | : | |
| | : | |
| | : | |
| v. | : | Appeal No.  16-1 |
| | : | |
| CARLOS DAVID CARO, | : | |
| 　　Appellee | : | |

**MOTION FOR EXTENSION OF TIME**

COMES NOW the United States, by and through its counsel, Assistant United States Attorney Jean B. Hudson, and moves this Honorable Court for an extension of time in which to file the Appellee's Response Brief.  In support of its motion, the undersigned states as follows:

The Appellee's Response Brief in this case is currently due on June 2, 2017.  The undersigned requested most recently a brief extension of three days, thinking that the work on this brief would be complete in that time, and was not planning on requesting an additional extension of time.  However, despite her best efforts, due to the complex and voluminous record of this case, in order to complete the brief and to allow for the proper review process, the undersigned is asking for an additional extension of time.  The undersigned would have requested only an additional week in order to complete the brief, but is requesting an additional twenty-

one days because she will in fact be out of the office on work-related travel from Tuesday, June 6, 2017 through June 9, 2017, for the Appellate Chiefs' conference in Columbia, South Carolina, and then out of town on previously scheduled leave and related family matters, returning to the office on June 19, 2017. The undersigned does not anticipate that any further extensions of time would be necessary if this Court grants this request.

The undersigned has contacted counsel for Appellant, Timothy Michael Gabrielsen, Assistant Federal Public Defender, regarding this motion and has been informed that he has no objection to the United States' Motion for Extension of Time.

For the above-stated reasons, the United States respectfully requests an extension of time of twenty-one days or until June 23, 2017, in which to file the Appellee's Response Brief.

Respectfully submitted,

RICK A. MOUNTCASTLE
ACTING UNITED STATES ATTORNEY

 s/ Jean B. Hudson
Jean B. Hudson (VA Bar No. 25870)
Assistant United States Attorney
Jean.hudson@usdoj.gov
Counsel for Appellee

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 1, 2017, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF System, which will send notice of such, and constitute service, of such filing to the following registered CM/ECF counsel of record for the Appellant.

 s/ Jean B. Hudson
Jean B. Hudson
Assistant United States Attorney