UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Appellant | : | |
| | : | |
| v. | : | Appeal No.   16-1 |
| | : | |
| CARLOS DAVID CARO, | : | |
| Appellee | : | |

**MOTION FOR PERMISSION TO FILE
SUPPLEMENTAL JOINT APPENDIX**

Comes now the United States, by and through its counsel, Assistant United States Attorney Jean B. Hudson, and moves pursuant to Local Rule 30(c) of the Local Rules of the Fourth Circuit, for permission to file a Supplemental Joint Appendix, and in support of its motion states as follows:

During the preparation of the Appellee's Brief in this matter, it became apparent that the record of the case was incomplete, in that it did not include the docket report from the district court case, 1:06-CR-00001, which is required by the briefing order filed by this Court on January 7, 2016, pursuant to Federal and Local Rules 30.

The undersigned has contacted counsel for Appellant, Timothy Michael Gabrielsen, Assistant Federal Public Defender, regarding this motion and has been informed that he has no objection to the Supplemental Joint Appendix being filed.

Therefore, the government respectfully requests permission to file the Supplemental Joint Appendix rather than returning the original Joint Appendix to Appellant for insertion of these materials.

Respectfully submitted,

RICK A. MOUNTCASTLE
ACTING UNITED STATES ATTORNEY

s/ Jean B. Hudson

Jean B. Hudson (VA Bar No. 25870)
Assistant United States Attorney
Jean.hudson@usdoj.gov
Counsel for Appellee

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 23, 2017, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF System, which will send notice of such, and constitute service, of such filing to the following registered CM/ECF counsel of record for the Appellant.

 s/ Jean B. Hudson
Jean B. Hudson
Assistant United States Attorney
