UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

UNITED STATES OF AMERICA,          :
    Appellant                              :
                                               :
    v.                                         :       Appeal No.   16-1
                                               :
CARLOS DAVID CARO,                 :
    Appellee                               :

**MOTION FOR PERMISSION TO FILE
APPELLEE'S BRIEF OUT OF TIME**

The Appellee's Response Brief was due to be filed with this Court on Friday, June 23, 2017. However, the undersigned filed its brief at 1:10 a.m. on June 24, 2017. The Appellee worked diligently on the government's response, however, due to the complex issues raised in the Appellant's Brief, the undersigned was unable to file its brief by the deadline on June 23, 2017. The undersigned requests permission from the Court to file the Appellee's Response Brief in this case out of time.

Respectfully submitted,

RICK A. MOUNTCASTLE
ACTING UNITED STATES ATTORNEY

  s/ Jean B. Hudson
Jean B. Hudson (VA Bar No. 25870)
Assistant United States Attorney
Jean.hudson@usdoj.gov
Counsel for Appellee

## CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2017, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF System, which will send notice of such, and constitute service, of such filing to the following registered CM/ECF counsel of record for the Appellant.


 s/ Jean B. Hudson
Jean B. Hudson
Assistant United States Attorney