FILED:  June 27, 2017

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 16-1
(1:06-cr-00001-JPJ-1)
(1:13-cv-80553-JPJ)

_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

CARLOS DAVID CARO

      Defendant - Appellant

_____

O R D E R

_____

The court grants the motion for leave to file out of time and extends the briefing schedule as follows:

Response brief due: June 26, 2017

Any reply brief: 14 days from service of response brief.

The court grants leave to file a supplemental appendix and accepts the appendix for filing.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk