No. 16-1

# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

UNITED STATES OF AMERICA, Plaintiff-Appellee,

vs.

CARLOS DAVID CARO, Defendant-Appellant.

Appeal from the United States District Court for the Western District of Virginia
Hon. James P. Jones, District Judge, Presiding
Dist. Ct. No. 1:06CR00001

## UNOPPPOSED MOTION FOR EXTENSION OF TIME
## TO FILE REPLY BRIEF OF APPELLANT CARLOS DAVID CARO

JON M. SANDS
Federal Public Defender
District of Arizona
TIMOTHY M. GABRIELSEN
Nevada Bar No. 8076
Assistant Federal Public Defender
407 West Congress Street, Suite 501
Tucson, Arizona 85701
tim_gabrielsen@fd.org
Tel. (520) 879-7614
Facsimile (520) 622-6844

FAY F. SPENCE
Virginia Bar No. 27906
First Assistant Federal Public Defender
210 First Street, SW, Suite 400
Roanoke, Virginia 24011
fay_spence@fd.org
Tel. (540) 777-0880
Facsimile (540) 777-0890

BRIAN J. BECK
Virginia Bar No. 78049
Assistant Federal Public Defender
201 Abingdon Place
Abingdon, Virginia 24211
brian_beck@fd.org
Tel. (276) 619-6080
Facsimile (276) 619-6090

*Counsel for Defendant-Appellant Carlos David Caro*

Defendant-Appellant Carlos David Caro, ("Appellant"), through counsel, respectfully moves pursuant to FRAP 27 and Fourth Circuit Local Rule 31(c) for an extension of time of 22 days in which to file his Reply Brief in his capital appeal. The present motion constitutes the first request for extension of time to file Appellant's Reply Brief. Assistant United States Attorney Jean Hudson, counsel for Plaintiff-Appellee United States Government, consents to the granting of this motion. If this motion is granted, Appellant's Reply Brief, which is currently due by July 10, 2017, will be due on or before August 1, 2017, nearly six weeks prior to the oral argument of this matter set for September 14, 2017. *See* Doc. 68. The request for extension of time is being filed for the purpose of providing adequate representation of Appellant and not for purpose of delay.

In support, Appellant states the following:

The appeal in this capital matter involves one claim certified for review by the district court and an uncertified claim this Court ordered Appellees to brief. The issues pertain to the constitutionality of Appellant's death sentence and require counsel's careful consideration. In addition, two of Appellant's counsel were required to take sick leave in early June to address serious medical conditions. Both have now returned to work. First Assistant Public Defender Spence and Assistant Federal Public Defender Beck have also had their work on Appellant's appeal impeded by other criminal matters in this Court and the United States District Court for the Western District of Virginia. AFPD Gabrielsen has caught

1

up with work on Arizona capital federal habeas matters delayed by his June sick leave and recovery. Counsel do not anticipate a need to request any additional time from the Court for the production of Appellant's Reply Brief. The extension requested will not interfere with the oral argument of this matter, which is now set for September 14, 2017.

AFPD Gabrielsen has been in contact with Assistant United States Attorney Jean Hudson who indicated in an e-mail of July 4, 2017, that she consents to the present request for extension of time.

WHEREFORE, Appellant respectfully requests that the Court grant this Motion for Extension of Time that requests 22 days to and including August 1, 2017, for the filing of Appellant's Reply Brief in the capital § 2255 appeal.

Respectfully submitted this 6th day of July, 2017.

<u>s/Timothy M. Gabrielsen</u>
Timothy M. Gabrielsen
Fay F. Spence
Brian J. Beck
Assistant Federal Public Defenders

Attorneys for Defendant-Appellant

2

**CERTIFICATE OF SERVICE**

I hereby certify that on July 6, 2017 I electronically filed the attached document with the clerk of Court using the CM/ECF System which will send notice of such filing to the following registered CM/ECF users:

Jean B. Hudson
Assistant United States Attorney
United States Attorney's Office
255 West Main Street, Room 130
Charlottesville, VA 22902


s/Teresa Ardrey
Legal Assistant