FILED:  July 6, 2017

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 16-1
(1:06-cr-00001-JPJ-1)
(1:13-cv-80553-JPJ)

_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

CARLOS DAVID CARO

Defendant - Appellant

_____

O R D E R

_____

The court grants the motion to extend filing time and extends the time for filing the reply brief to 08/01/2017. Any further request for an extension of time in which to file the reply brief shall be disfavored.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk