**UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT
OFFICE OF THE CLERK**

1100 East Main Street, Suite 501
Richmond, Virginia 23219-3517
www.ca4.uscourts.gov

Patricia S. Connor                                                        Telephone
Clerk                                                                     804-916-2700

July 31, 2017

Mr. Brian Jackson Beck
OFFICE OF THE FEDERAL PUBLIC DEFENDER
201 Abingdon Place
Abingdon, VA 24211-0000

Timothy Michael Gabrielsen
OFFICE OF THE FEDERAL PUBLIC DEFENDER
Capital Habeas Unit
407 West Congress Street
Suite 501
Tucson, AZ 85701

Ms. Jean Barrett Hudson
OFFICE OF THE UNITED STATES ATTORNEY
255 West Main Street
Room 130
Charlottesville, VA 22902-0000

Ms. Fay Frances Spence
OFFICE OF THE FEDERAL PUBLIC DEFENDER
210 1st Street, SW
Room 400
Roanoke, VA 24011

No.  16-1,    US v. Carlos Caro
1:06-cr-00001-JPJ-1, 1:13-cv-80553-JPJ

Dear Counsel:

The court has changed the starting time for oral argument in your case.

Please register in Room 222, U.S. Courthouse, no later than 9:00 a.m. Arguments will begin promptly at 9:30 a.m.

Sincerely,

/s/ Joseph L. Coleman, Jr.
Deputy Clerk