# Federal Bureau of Prisons

*Correctional Excellence. Respect. Integrity.*

| Home | About Us | Inmates | Locations | Jobs | Business | Resources | Contact Us |
|------|----------|---------|-----------|------|----------|-----------|------------|

# Find an inmate.

Locate the whereabouts of a federal inmate incarcerated from 1982 to the present.

**Find By Number**    Find By Name

| Type of Number | Number |
|----------------|--------|
| BOP Register Number | Search |

About the inmate locator & record availability ▸

No. 16-1, viewed 04/18/2018

**About Us**
About Our Agency
About Our Facilities
Historical Information
Statistics

**Inmates**
Find an Inmate
Communications
Custody & Care
Visiting
Voice a Concern

**Locations**
List of our Facilities
Map of our Locations
Search for a Facility

**Jobs**
Life at the BOP
Explore Opportunities
Current Openings
Our Hiring Process

**Business**
Acquisitions
Solicitations & Awards
Reentry Contracting

**Resources**
Policy & Forms
News Articles
Publications
Research & Reports

**Resources For ...**
Victims & Witnesses
Employees
Former Inmates
Media Reps

Contact Us | FOIA | No FEAR Act | Privacy Policy | Information Quality | Website Feedback
USA.gov | Justice.gov | Open Government

