USCA4 Appeal: 16-1     Doc: 80-4      Filed: 05/08/2018     Pg: 1 of 3

Search bop.gov

| Home | About Us | Inmates | Locations | Jobs | Business | Resources | Contact Us |

## Statistics

Inmate Statistics        Population Statistics        Staff Statistics

# 183,937
## Total Federal Inmates

Last Updated April 12, 2018.
Data refreshed every Thursday at 12:00 A.M.

Generate Reports  |  View Past Totals

**84%**

155,231 federal inmates in BOP Custody

**11%**

18,497 federal inmates in privately managed facilities

**5%**

10,209 federal inmates in other types of facilities

No. 16-1, viewed 04/18/2018

# Generate Inmate Population Reports

BOP Facilities

Region    All Regions

State     All States

Facility   Florence ADMAX

☑ include population data for privately-managed facilities

☑ include population data for community-based facilities

**Generate Report**

**Population of Florence ADMAX**

FLORENCE ADMAX USP located in CO



405 Total Inmates

**405 Total Inmates Confined at Florence ADMAX**

**Population of Privately-Managed Facilities Nationwide**

| | | |
|---|---|---|
| ADAMS COUNTY CORR CTR CI | MS | 2211 |
| BIG SPRING CI FL | TX | 1710 |
| BIG SPRING CI | TX | 1692 |
| D. RAY JAMES CORR FACL CI | GA | 1700 |
| DALBY CI | TX | 1618 |
| GREAT PLAINS CI | OK | 1829 |

USCA4 Appeal: 16-1    Doc: 80-4    Filed: 05/08/2018    Pg: 2 of 3

| | | |
|---|---|---|
| MCRAE CI | GA | 1532 |
| MOSHANNON VALLEY CI | PA | 1647 |
| REEVES DC | TX | 1158 |
| RIVERS CI | NC | 1283 |
| TAFT CI | CA | 1752 |
| TAFT-CAMP | CA | 365 |

**18497 Total Inmates in Privately-Managed Facilities**

**Population of Community-Based Facilities Nationwide**

| | |
|---|---|
| CONTRACT JUVENILES | 35 |
| HOME CONFINEMENT | 1981 |
| JAIL/SHORT-TERM DETENTION | 596 |
| LONG-TERM BOARDERS | 144 |
| RRC*S | 7453 |

**10209 Total Inmates in Community-Based Facilities**

# Past Inmate Population Totals



*Raw Data:*                    *Save Data:*

| FY | Population | Change | |
|---|---|---|---|

USCA4 Appeal: 16-1    Doc: 80-4    Filed: 05/08/2018    Pg: 3 of 3

| 1980 | 24,640 | 0 |
| 1981 | 26,313 | +1,673 |
| 1982 | 30,531 | +4,218 |

  

| **About Us** | **Inmates** | **Locations** | **Jobs** | **Business** | **Resources** | **Resources For ...** |
|---|---|---|---|---|---|---|
| About Our Agency | Find an Inmate | List of our Facilities | Life at the BOP | Acquisitions | Policy & Forms | Victims & Witnesses |
| About Our Facilities | Communications | Map of our Locations | Explore Opportunities | Solicitations & Awards | News Articles | Employees |
| Historical Information | Custody & Care | Search for a Facility | Current Openings | Reentry Contracting | Publications | Former Inmates |
| Statistics | Visiting | | Our Hiring Process | | Research & Reports | Media Reps |
| | Voice a Concern | | | | | |

Contact Us | FOIA | No FEAR Act | Privacy Policy | Information Quality | Website Feedback

USA.gov | Justice.gov | Open Government

No. 16-1, viewed 04/18/2018