# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

November 26, 2018

Clerk
United States Court of Appeals for the Fourth
Circuit
1100 East Main Street
Room 501
Richmond, VA  23219

Re:  Carlos David Caro
v. United States
No. 18-6826
(Your No. 16-1)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on November 19, 2018 and placed on the docket November 26, 2018 as No. 18-6826.

Sincerely,

**Scott S. Harris**, Clerk

by

Melissa Blalock
Case Analyst